## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Business Financial | : | Case No. 05-10203 (MFW) |
| Services, Inc., et. al. | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

### ORDER CONVERTING CASES OF DEBTORS
### TO CASES UNDER CHAPTER 7

Upon consideration of the statements of counsel on the record in open court with respect to the conversion of the cases of Debtors, American Business Financial Services, Inc., American Business Credit, Inc., American Business Mortgage, Inc., Home America Credit, Inc., and ABFS Consolidated Holdings, Inc. (collectively the "Cases"), to cases under chapter 7, and for the reasons stated on the record, it is hereby ORDERED AND DECREED that the Cases are converted to cases under chapter 7 of the Bankruptcy Code.

It is further ORDERED that:

1. Within 30 days of the date of entry of this Order on the docket, the Debtors shall file a schedule of current income, current expenditures, all monthly operating reports and the statement of intention, if applicable, as required by 11 U.S.C. § 521(1), (2).

2. The Debtors shall file all applicable statements, schedules and reports in a timely manner pursuant to Federal Rule of Bankruptcy Procedure 1019.

3. Each professional employed under 11 U.S.C. § 327 or 11 U.S.C. § 1103 shall file an application for compensation for outstanding fees and/or expenses incurred during the chapter 11 administration within 30 [60] days of the date of entry of this Order on the docket or, alternatively, turn over retainers which this Court has not authorized the professional to use to the appointed chapter 7 trustee within 30 [60] days of the date of entry of this Order on the docket.

**BY THE COURT:**

Date: May 17, 2005

_____
The Honorable Mary F. Walrath
Chief Judge, United States Bankruptcy Court

2